UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

      United States of America,

                              v.

      Michael Hall,
                      Defendant(s).
-------------------------------------------------------X

**ORDER**

7:18-CR-00431 (CS)

Seibel, J.

      Defendant Michael Hall, whose former counsel is no longer on the CJA Panel, has requested counsel in connection with an application for compassionate release. CJA counsel, Clinton Calhoun, Esq., is hereby appointed under the Criminal Justice Act to serve as counsel in representing Defendant Michael Hall. Mr. Calhoun should contact my chambers to obtain a copy of Mr. Hall's submission to the Court.

      **SO ORDERED.**

Dated: August 25, 2020
           White Plains, New York

                                                        _____
                                                            Cathy Seibel, U.S.D.J.